LAW OFFICES OF JOSE MARIANO CASTILLO
Jose Mariano Castillo, Bar Number 35869
Steve Hollatz-Castillo, Bar Number 238269
800 West 6th Street, Suite 900
Los Angeles, CA 90017-2704
(213) 622-6555
(213) 622-5781 fax
castillo@castillolaw.com
steve@shc-law.com

Attorney for Defendant Carlos Lopez Contreras

### UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVIAN V. PANTING, | CIVIL ACTION NO. |
| Plaintiff, | 2:09-CV-7087-GW (AGRx) |
| vs. | |
| OSCAR EDGARDO BENITEZ as Putative Vice Consul of the Republic of Honduras in Charge at Los Angeles, and CARLOS LOPEZ CONTRERAS as Foreign Minister of the Republic of Honduras, | **GENERAL APPEARANCE and NOTICE OF NON-OPPOSITION TO APPLICATION TO DEPOSIT MONEY AND PROPERTY** |
| Defendants. | |

**COMES NOW**, Defendant CARLOS LOPEZ CONTRERAS as Foreign Minister of the Republic of Honduras, and

1. Hereby enters his general appearance in the above-captioned action; and

2. Give notice that he has no opposition to the Application of Plaintiff Vivian V. Panting for leave to deposit into the Registry of the said Court the money and property more specifically described therein.

Date:   September 29, 2009            LAW OFFICES OF JOSE MARIANO CASTILLO

By: _____
JOSE MARIANO CASTILLO
Attorney for Defendant, Carlos Lopez Contreras

<u>**PROOF OF SERVICE BY MAIL**</u>

**STATE OF CALIFORNIA**

**COUNTY OF LOS ANGELES**

I, Maria Romero, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within action. My business address is 800 West Sixth Street, Suite 900, Los Angeles, California 90017.

On October 13, 2009, I served the foregoing document(s):

**GENERAL APPEARANCE and NOTICE OF NON-OPPOSITION TO APPLICATION TO DEPOSIT MONEY AND PROPERTY**

on all interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Roy C. Zukerman<br>Attorney at Law<br>P.O. Box 8305<br>Fountain Valley, CA 92728-8305 | Attorney for Plaintiff |
| Oscar Edgardo Benitez<br>Consulate of Honduras<br>3550 Wilshire Blvd, Ste 320<br>Los Angeles, CA 90010-2405 | Defendant's only known address |

I caused such envelopes, with postage thereon fully prepaid, to be placed in the United States Mail at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this Proof of Service is executed on October 13, 2009, at Los Angeles, California.

_____
Maria Romero